**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**PERRY POOLER**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 06-0338**

**BURL CAIN, WARDEN**                                               **SECTION "I"(5)**

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Perry Pooler, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Perry Pooler for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ___25th___ day of August, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE