UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERRY POOLER | CIVIL ACTION |
| VERSUS | No. 06-338 |
| BURL CAIN, WARDEN | SECTION I/5 |

## CERTIFICATE OF APPEALABILITY

A motion for a certificate of appealability ("COA") has been filed in the above-captioned case from a final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254. Considering the motion, the record, the requirements of Federal Rule of Appellate Procedure 22(b)[1] and 28 U.S.C. § 2253(c)(1),[2] and for the following reasons, a COA **SHALL NOT BE ISSUED**.

A COA will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see Miller-El v. Cockrell*, 537 U.S. 322, 330, 123 S. Ct. 1029, 1036, 154 L. Ed. 2d 931, 946 (2003); *Foster v. Quarterman*, 466 F.3d 359, 364 (5th Cir. 2006). The applicant makes a substantial showing if it is demonstrated "that jurists of reason could debate the propriety of the district court's assessment of his constitutional claims or conclude that his claims 'are adequate to deserve encouragement to proceed further.'" *United States v. Wainwright*, 237 Fed. App'x 913, 914 (5th Cir. 2007) (*quoting Miller-El*, 537 U.S. at 327, 123 S. Ct. at 1034, 154 L. Ed. 2d at 944); *see Foster*, 466 F.3d at 364.

---

[1] Rule 22 states in pertinent part: "In a habeas corpus proceeding in which the detention complained of arises from a process issued by a state court . . . the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."

[2] Section 2253(c)(1) provides in pertinent part: "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of a process issued by a State court."

1

For the reasons expressed in the Magistrate Judge's prior opinion denying petitioner relief,[3] and having found that petitioner has failed to make a substantial showing of the denial of a constitutional right,

**IT IS ORDERED** that a certificate of appealability **SHALL NOT BE ISSUED**.

New Orleans, September 28, 2009.

                                              **LANCE M. AFRICK**
                                     **UNITED STATES DISTRICT JUDGE**

---

[3] R. Doc. No. 42.